STANLEY CHANCE *v.* COMMISSIONER OF
CORRECTION

The petitioner Stanley Chance's petition for certification for appeal from the Appellate Court, 47 Conn. App. 935 (AC 16872), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Stanley Chance*, pro se, in support of the petition.

Decided May 7, 1998

MICHAEL A. KALLAS *v.* CHARLES HARNEN

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 253 (AC 16720), is denied.

*Donald A. Mitchell*, in support of the petition.

Decided May 7, 1998